B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **CENTRAL** DISTRICT OF **CALIFORNIA** | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *CELTIC PUBS LLC,*<br>*a California Limited Liability Company* | |

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*dba Dublins Irish Whiskey Pub* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *27-2175140* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>*Vicente Tapia, Manager*<br>*600 S. Spring Street, #304*<br>*Los Angeles, CA*  ZIPCODE *90014* | Street Address of Joint Debtor (No. & Street, City, and State):  ZIPCODE |
|---|---|

| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>*Attn: Vicente Tapia*<br>*P.O. Box 13097*<br>*Los Angeles, CA*  ZIPCODE *90013* | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above):  *SAME*  ZIPCODE |
|---|

| **Type of Debtor** (Form of organization)<br>(Check **one** box.)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | **Nature of Business**<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other  *Restaurant* | **Chapter of Bankruptcy Code Under Which the Petition is Filed**<br>(Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts** (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"    ☒ Debts are primarily business debts. |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests: _____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____ | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter 11 Debtors:**<br>**Check one box:**<br>☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).* |
|---|---|---|

| **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B. | **Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (4/13)                                                                                                      FORM B1, Page   2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*CELTIC PUBS LLC,*<br>*a California Limited Liability Company* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**           (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**           (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____ *04/25/2015*<br>       Signature of Attorney for Debtor(s)           Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                                    FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **CELTIC PUBS LLC,**<br>**a California Limited Liability Company** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
  Telephone Number (if not represented by attorney)

_____
  Date

X _____
  (Signature of Foreign Representative)

_____
  (Printed name of Foreign Representative)

_____
  (Date)

---

### Signature of Attorney*

**X**  /s/ David W. Meadows
  Signature of Attorney for Debtor(s)

***David W. Meadows 137052***
  Printed Name of Attorney for Debtor(s)

***Law Offices of David W. Meadows***
  Firm Name

***1801 Century Park East***
  Address

***Suite 1235***

***Los Angeles, CA  90067***

***(310) 557-8490***
  Telephone Number

***04/25/2015***
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
  Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**    see next page
  Signature of Authorized Individual

***Vicente Tapia***
  Printed Name of Authorized Individual

***officer*** - Its Manager
  Title of Authorized Individual

***04/25/2015***
  Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B1 (Official Form 1) (4/13)                                                                                               FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | CELTIC PUBS LLC, <br> a California Limited Liability Company |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
**Signature of Debtor**

X _____
**Signature of Joint Debtor**

_____
**Telephone Number (if not represented by attorney)**

_____
**Date**

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

_____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

*David W. Meadows* 137052
Printed Name of Attorney for Debtor(s)

*Law Offices of David W. Meadows*
Firm Name

*1801 Century Park East*
Address

*Suite 1235*

*Los Angeles, CA   90067*

*(310)  557-8490*
Telephone Number

*04/25/2015*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

*Vicente Tapia*
Printed Name of Authorized Individual

*Officer* - Its Manager
Title of Authorized Individual

*04/25/2015*
Date

## STATEMENT REGARDING AUTHORITY TO SIGN PETITION

I, Vicente Tapia, the manager of CELTIC PUBS LLC, ("CPLLC") state that on April 23, 2015, the following resolution was duly adopted by the sole Member of CPLLC:

"Whereas, it is in CPLLC'S best interest to file a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Voluntary Chapter 11 Petition") in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") to initiate a bankruptcy case (the "Bankruptcy Case");

Be It Therefore Resolved that Vicente Tapia, the sole manager of CPLLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Voluntary Chapter 11 Petition in the Bankruptcy Court on behalf of CPLLC;

Be It Further Resolved that Vicente Tapia is authorized and directed to appear in all bankruptcy proceedings on CPLLC'S behalf and to otherwise do and perform all acts and deeds and to authorize, execute and deliver all necessary documents on CPLLC'S behalf in connection with such Voluntary Chapter 11 Petition and the Bankruptcy Case;

Be It Further Resolved that Vicente Tapia is authorized and directed to employ The Law Offices of David W. Meadows to represent CPLLC as its general bankruptcy counsel in connection with the filing of the Petition and concerning the Bankruptcy Case.

Executed on April 23, 2015

Vicente Tapia,
the sole Manager of Celtic Pubs LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re *CELTIC PUBS LLC,*                                   Case No.
    *a California Limited Liability Company*      Chapter  *11*
    *dba Dublins Irish Whiskey Pub*

_____ / Debtor

Attorney for Debtor:  **David W. Meadows**

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|--------|----------------------------------------|------------------|-----------------------------------|
| 1 | Anthony Burch<br>c/o Thomas K. Agawa<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | | Alleged Member.   Percentage unknown. |
| 2 | Anthony Young<br>c/o Thomas K. Agawa, Esq.<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | | Alleged Member.   Percentage Unknown |
| 3 | Benedicto Germono<br>c/o Thomas K. Agawa, Esq.<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | | 5% |
| 4 | Charles Tover<br>c/o Thomas K. Agawa, Esq.<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | | 10% |
| 5 | Cornell Thomas<br>Address Unknown - t.b. amd<br>Address Unknown - t.b. amd<br>Los Angeles CA | | Alleged Member.   Percentage Unknown |
| 6 | Dave Vij<br>616 Saint Paul<br>Unit 431<br>Los Angeles CA 90017 | | 5% |
| 7 | Edward Kimenyi<br>600 West 83rd.<br><br>Los Angeles CA 90044 | | Alleged Member.   0.65% Claimed |
| 8 | Ernest Moss<br>2463 250th Street<br><br>Lomita CA 90717 | | 10% |
| 9 | Joel Regala<br>2760 Montair Avenue<br><br>Long Beach CA 90815 | | 6% |

# LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| 10 | Mark Knight<br>c/o Thomas K. Agawa, Esq.<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | | *Alleged Member.   Percentage Unknown* |
| 11 | Mark Moss<br>c/o Thomas K. Agawa<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | | 11% |
| 12 | MB Entertainment Group, LLC<br>Attn: Vicente Tapia<br>P.O. Box 13097<br>Los Angeles CA 90013 | | 49.80 |
| 13 | Sally Harte<br>1646 Rodney Drive, #1<br><br>Los Angeles CA 90027 | | 3.20% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LIST OF EQUITY SECURITY HOLDERS

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Vicente Tapia_ , _Officer_ of the _corporation_ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: _04-26-15_

Signature _____

Name: _Vicente Tapia_

Title: _Officer_

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Los Angeles DIVISION

In re  *CELTIC PUBS LLC*                                                     Case No.
       *a California Limited Liability Company*              Chapter  *11*
           *dba Dublins Irish Whiskey Pub*

_____  ,

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance
with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who
come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the
collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured
claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the
name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Greenberg Glusker Fields, et al*<br>*Ricardo P. Cestero, Esq.*<br>*Los Angeles CA 90067* | Phone: *(310) 553-3610*<br>*Greenberg Glusker Fields, et al*<br>*Ricardo P. Cestero, Esq.*<br>*Los Angeles CA 90067* | *Legal Services* | D | $ 120,190.66 |
| 2<br>*LA Fine Arts Building, LLC*<br>*811 W 7th Street, Suite 200*<br>*Los Angeles CA 90017* | Phone: *(213) 489-4094*<br>*LA Fine Arts Building, LLC*<br>*811 W 7th Street, Suite 200*<br>*Attn: Lauren Record*<br>*Los Angeles CA  90017* | *CAM Charge Dispute* | D | $ 62,131.10 |
| 3<br>*Tommy Ngo*<br>*20543 S Vermont Ave., # 2*<br>*Torrance CA 90502* | Phone: Unknown/not found<br>*Tommy Ngo*<br>*20543 S Vermont Ave., # 2*<br>*Torrance CA 90502* | *Settlement* | | $ 39,000.00 |
| 4<br>*Jackee Haus*<br><br>*3320 W. Victory Blvd.*<br>*Burbank CA  91505* | Phone: *(818) 843-1788*<br>*Jackee Haus*<br>*c/o Sweeney Law Firm*<br>*3320 W. Victory Blvd.*<br>*Burbank CA  91505* | *Settlement* | | $ 21,450.00 |
| 5<br>*Corey Davis*<br>*326 North Western, #214*<br>*Los Angeles CA 90004* | Phone: Unknown/not found<br>*Corey Davis*<br>*326 North Western, #214*<br>*Los Angeles CA 90004* | *Settlement* | | $ 17,164.47 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Thomas Johnson<br><br>3320 W. Victory Blvd.<br>Burbank CA  91505 | Phone:  (818) 843-1788<br>Thomas Johnson<br>c/o Sweeney Law Firm<br>3320 W. Victory Blvd.<br>Burbank CA  91505 | Settlement | | $ 11,550.00 |
| 7<br>Mattucci Plumbing<br><br>510 Center Street<br>El Segundo CA  90245 | Phone:  (310) 524-9890<br>Mattucci Plumbing<br>c/o Law Ofc. T. Tavoularis<br>510 Center Street<br>El Segundo CA  90245 | Settlement | | $ 5,000.00 |
| 8<br>Southern Wine & Spirits<br>11969 Cameo Pl<br>Granada Hills CA 91344 | Phone: (310) 387-4442<br>Southern Wine & Spirits<br>11969 Cameo Pl<br>Granada Hills CA 91344<br>Attn: Giancarlo Lauro | Settlement/vendor | | $ 4,016.20 |
| 9<br>LA Department of Water & Power<br>P.O. Box 30808<br>Los Angeles CA 90030 | Phone:<br>LA Department of Water & Power<br>P.O. Box 30808<br>Los Angeles CA 90030 | Utility | | $ 3,707.98 |
| 10<br>Ace Beverage Co.<br>401 South Anderson Street<br>Los Angeles CA 90033 | Phone: (323) 264-6000<br>Ace Beverage Co.<br>401 South Anderson Street<br>Los Angeles CA 90033<br>Attn: Jimmy | Settlement/vendor | | $ 3,261.55 |
| 11<br>Los Angeles County Tax Collector<br>P.O. Box 54110<br>Los Angeles CA 90054-0110 | Phone:<br>Los Angeles County Tax Collector<br>P.O. Box 54110<br>Los Angeles CA 90054-0110 | Outstanding tax | | $ 3,046.62 |
| 12<br>Wine Warehouse<br>P.O. Box 30145<br>Los Angeles CA 90030 | Phone: (310) 930-4414<br>Wine Warehouse<br>P.O. Box 30145<br>Los Angeles CA 90030<br>Attn: Maria France | Settlement/vendor | | $ 2,509.90 |
| 13<br>Airgas National Carbonation<br>P.O. Box 602792<br>San Diego CA 92121 | Phone: (800) 772-8144<br>Airgas National Carbonation<br>P.O. Box 602792<br>San Diego CA 92121<br>Attn: Robert Motts | Settlement/vendor | | $ 2,444.92 |

B4 (Official Form 4) (12/07)

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Novian & Novian, LLP<br><br>1801 Century Park East,<br>Los Angeles CA  90067 | Phone: (310) 553-1222<br>Novian & Novian, LLP<br>Farhad Novian, Esq.<br>1801 Century Park East,<br>Los Angeles CA  90067 | Legal Services | | $ 1,946.33 |
| 15<br>SJM Industrial Radio<br>P.O. Box 56002<br>Los Angeles CA 90074 | Phone: (800) 284-4797<br>SJM Industrial Radio<br>P.O. Box 56002<br>Los Angeles CA 90074<br>No contact name available | Vendor | | $ 1,601.25 |
| 16<br>US Foods, Inc.<br>P.O. Box 93728<br>City of Industry  CA 91715 | Phone: (562) 708-4664<br>US Foods, Inc.<br>P.O. Box 93728<br>City of Industry  CA 91715<br>Attn: Sylvia Love | Vendor | | $ 1,531.38 |
| 17<br>OC Baking Company<br>P.O. Box 9605<br>Brea  CA 92822 | Phone: (562) 693-2300<br>OC Baking Company<br>P.O. Box 9605<br>Brea  CA 92822<br>Attn: Bo | Vendor | | $ 1,365.26 |
| 18<br>ASCAP<br>21678 Network Place<br>Charlotte NC 92826 | Phone:  (800) 505-4052<br>ASCAP<br>21678 Network Place<br>Charlotte NC 92826<br>Attn: Mario | Vendor | | $ 1,280.34 |
| 19<br>D&N Produce, Inc.<br>2640 E. Washington Blvd,<br>Suite<br>Atlanta GA 30368 | Phone: (323) 581-4333<br>D&N Produce, Inc.<br>2640 E. Washington Blvd,<br>Suite 13<br>Atlanta GA 30368<br>No contact available. | Vendor | | $ 1,192.20 |
| 20<br>Advanced Feedback<br>6920 Miramar Rd #103<br>Los Angeles CA 90033 | Phone:  (858) 566-9050<br>Advanced Feedback<br>6920 Miramar Rd #103<br>Los Angeles CA 90033<br>Attn: Zachary Hooker | | | $ 933.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Vicente Tapia* _____ , *Officer* _____ of the *Corporation* _____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: *04-25-15*       Signature _____

                       Name: ~~Vicente Tapia~~

                       Title: *Officer*

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which the debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *None*

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *None*

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *None*

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding (s).)

   *None*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Los Angeles___, California.

Dated __04-26-15__

Debtor: CELTIC PUBS LLC
Vicente Teria, Officer
Its Manager

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _David W. Meadows_

Address _1801 Century Park East Suite 1235 Los Angeles, CA 90067_

Telephone _(310) 557-8490_

[X]    Attorney for Debtor(s)

[ ]    Debtor In Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>In re   CELTIC PUBS LLC<br>         dba Dublins Irish Whiskey Pub | Case No. |
|---|---|
| | Chapter _11_ |
| | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _9_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _04/25/2015_

Debtor: _CELTIC PUBS LLC_

By: Vicente Tapia, Its Manager

Attorney: _David W. Meadows_

Joint Debtor:

```
CELTIC PUBS LLC
Attn: Vicente Tapia
P.O. Box 13097
Los Angeles, CA  90013


David W. Meadows
1801 Century Park East
Suite 1235
Los Angeles, CA  90067
```

Ace Beverage Co.
401 South Anderson Street
Los Angeles, CA  90033


Advanced Feedback
6920 Miramar Rd #103
Los Angeles, CA  90033


Airgas National Carbonation
P.O. Box 602792
San Diego, CA  92121


Anthony Burch
c/o Thomas Agawa, Esq.
1000 S. Hope Street, #413
Los Angeles, CA  90015


Anthony Burch
c/o Thomas K. Agawa
1000 S. Hope Street, #413
Los Angeles, CA  90015


Anthony Young
c/o Thomas K. Agawa, Esq.
1000 S. Hope Street, #413
Los Angeles, CA  90015


ASCAP
21678 Network Place
Charlotte, NC  92826


AT&T - Phone 1982
P.O. Box 5025
Chicago , IL  60673


AT&T - Phone 6902
P.O. Box 5025
Carol Stream, IL  60197

AT&T - Uverse 3675
P.O. Box 5025
Carol Stream, IL  60197


AutoChlor
4512 W Jefferson Blvd
Carol Stream, IL  60197


Benedicto Germono
c/o Thomas K. Agawa, Esq.
1000 S. Hope Street, #413
Los Angeles, CA  90015


CBeyond
Address Unknown -tb amd.
Address Unknown - tb amd.


Charles Tover
c/o Thomas K. Agawa, Esq.
1000 S. Hope Street, #413
Los Angeles, CA  90015


Coca-Cola North America
P.O. Box 102703
Los Angeles, CA  90016


Corey Davis
326 North Western, #214
Los Angeles, CA  90004


Cornell Thomas
Address Unknown - t.b. amd
Address Unknown - t.b. amd
Los Angeles, CA


Cornell Thomas
c/o Thomas K. Agawa, Esq.
1000 S. Hope Street, #413
Los Angeles, CA  90015

D&N Produce, Inc.
2640 E. Washington Blvd, Suite
Atlanta, GA  30368


Dave Vij
616 Saint Paul
Unit 431
Los Angeles, CA  90017


Department of Public Works
300 N Los Angeles St
Los Angeles, CA  90023


Digital Menubox
Address Unknown - tb amd.
Address Unknown - tb amd.


DISH Network
P.O. Box 7203
Palatine , IL  60094


Dolce Forno Bakery
3828 Willat Avenue
Pasadena, CA  91109


Ecolab
26252 Network Place
Culver City, CA  90232


Edward Kimenyi
600 West 83rd.
Los Angeles, CA  90044


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA  94280-001


Ernest Moss
2463 250th Street
Lomita, CA  90717

First Insurance Funding Corp.
P.O. Box 66468
West Sacramento, CA  95798


Flue Steam
5734 Bankfield Ave.
Culver City, CA  90230


Franchise Tax Bd. Bankruptcy Sect.
MS: A-340
P.O. Box 2952
Sacramento, CA  95812-2952


Greenberg Glusker Fields, et al
Ricardo P. Cestero, Esq.
1900 Avenue of the Stars, 21st
Los Angeles, CA  90067


Hotschedules.com Inc.
P.O. Box 2217
San Antonio , TX  78298


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346


Jackee Haus
c/o Sweeney Law Firm
3320 W. Victory Blvd.
Burbank, CA  91505


Joel Regala
2760 Montair Avenue
Long Beach, CA  90815


Katz Cassidy
11400 W Olympic Blvd, #1050
Los Angeles, CA  90064

LA Department of Water & Power
P.O. Box 30808
Los Angeles, CA  90030


LA Fine Arts Building, LLC
811 W 7th Street, Suite 200
Attn: Lauren Record
Los Angeles, CA  90017


LA Fine Arts Building, LLC
811 W 7th Street, Suite 200
Los Angeles, CA  90017


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110


Mark Knight
c/o Thomas K. Agawa, Esq.
1000 S. Hope Street, #413
Los Angeles, CA  90015


Mark Moss
c/o Thomas K. Agawa
1000 S. Hope Street, #413
Los Angeles, CA  90015


Mattucci Plumbing
c/o Law Ofc. T. Tavoularis
510 Center Street
El Segundo, CA  90245


MB Entertainment Group, LLC
Vincente Tabia
P.O. Box 13097
Los Angeles, CA  90013


MB Entertainment Group, LLC
Attn: Vincente Tapia
P.O. Box 13097
Los Angeles, CA  90013

Morgan Services, Inc.
1801 Century Park East, Suite
Los Angeles, CA  90067


Novian & Novian, LLP
Farhad Novian, Esq.
1801 Century Park East, #1201
Los Angeles, CA  90067


OC Baking Company
P.O. Box 9605
Brea , CA  92822


Old School Beer Company, LLC
P.O. Box 7161
Pasadena, CA  91109


Orkin Inc.
6120 Bedford Avenue
Los Angeles, CA  90056


P/H Rendering
5462 W Adams Blvd
Los Angeles, CA  90016


Raul Hipolito
Address Unknown - tb amd.
Address Unknown - tb amd.


Ricardo P. Cestero, Esq.
Greenberg Glusker Fields et al
1900 Avenue of the Stars
21st Floor
Los Angeles, CA  90067


Rockenwagner Bakery
925 W Hyde Park Blvd
Inglewood , CA  90301

Roto Rooter
Balboa Blvd #284
Granada Hills, CA  91344


S6 Consulting Inc.
1212 E Imperial Avenue
El Segundo , CA  90245


Sally Harte
1646 Rodney Drive, #1
Los Angeles, CA  90027


Sally Harte
c/o Thomas K. Agawa, Esq.
1000 S. Hope Street, #413
Los Angeles, CA  90015


SJM Industrial Radio
P.O. Box 56002
Los Angeles, CA  90074


Southern Wine & Spirits
11969 Cameo Pl
Granada Hills, CA  91344


Spencer Marks
1999 Citricado Parkway
Escondido , CA  92029


State Board of Equalization
Account Info. Group, MIC: 29
P.O. Box 942879
Sacramento, CA  94279-0029


Stone Brewing Company
310 S Los Angeles St
Los Angeles, CA  90013


The Dish Factory
426 Main Street
El Segundo, CA  90245

Thomas Johnson
c/o Sweeney Law Firm
3320 W. Victory Blvd.
Burbank, CA  91505


Thomas K. Agawa, Esq.
AGAWA LAW, APC
1000 S. Hope Street
Suite 413
Los Angeles, CA  90015


Tommy Ngo
20543 S Vermont Ave., # 2
Torrance, CA  90502


Trends Media Group
File 6993
Los Angeles , CA  90074


US Foods, Inc.
P.O. Box 93728
City of Industry , CA  91715


Variety Specialties Inc
P.O. Box 910900
Los Angeles , CA  90091


Wine Warehouse
P.O. Box 30145
Los Angeles, CA  90030


Youngs Market Company
P.O. Box 30145
Los Angeles, CA  90030