# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re CELTIC PUBS LLC,
a California Limited Liability Company
dba Dublins Irish Whiskey Pub
_____ / Debtor

Case No.
Chapter 11

Attorney for Debtor: David W. Meadows

AMENDED

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | | Class of Shares, Kind of Interest |
|---|---|---|---|
| 1 | Anthony Burch<br>c/o Thomas K. Agawa<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | INTEREST DISPUTED | Alleged Member.   Percentage unknown |
| 2 | Anthony Young<br>c/o Thomas K. Agawa, Esq.<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | INTEREST DISPUTED | Alleged Member.   Percentage Unknown |
| 3 | Benedicto Germono<br>c/o Thomas K. Agawa, Esq.<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | INTEREST DISPUTED | 5% |
| 4 | Charles Tover<br>c/o Thomas K. Agawa, Esq.<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | INTEREST DISPUTED | 10% |
| 5 | Cornell Thomas<br>Address Unknown - t.b. amd<br>Address Unknown - t.b. amd<br>Los Angeles CA | INTEREST DISPUTED | Alleged Member.   Percentage Unknown |
| 6 | Dave Vij<br>616 Saint Paul<br>Unit 431<br>Los Angeles CA 90017 | INTEREST DISPUTED | 5% |
| 7 | Edward Kimenyi<br>600 West 83rd.<br>Los Angeles CA 90044 | INTEREST DISPUTED | Alleged Member.   0.65% Claimed |
| 8 | Ernest Moss<br>2463 250th Street<br>Lomita CA 90717 | INTEREST DISPUTED | 10% |
| 9 | Joel Regala<br>2760 Montair Avenue<br>Long Beach CA 90815 | INTEREST DISPUTED | 6% |

Page 1 of 3

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| 10 | Mark Knight<br>c/o Thomas K. Agawa, Esq.<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | INTEREST DISPUTED | Alleged Member.  Percentage Unknown |
| 11 | Mark Moss<br>c/o Thomas K. Agawa<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | INTEREST DISPUTED | 11% |
| 12 | MB Entertainment Group, LLC<br>Attn: Vicente Tapia<br>P.O. Box 13097<br>Los Angeles CA 90013 | INTEREST DISPUTED | 49.80 |
| 13 | Sally Harte<br>1646 Rodney Drive, #1<br>Los Angeles CA 90027 | INTEREST DISPUTED | 3.20% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LIST OF EQUITY SECURITY HOLDERS

AMENDED

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

Debtor and Debtor in Possession

I, *Vicente Tapia*, *Officer* of the ▓▓▓▓▓▓▓▓▓▓ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: May 31, 2015

Signature: _____

Name: *Vicente Tapia*
Title: *Officer*

Manager of the Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1801 Century Park East, Suite 1235, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **AMENDED LIST OF EQUITY INTEREST HOLDERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/12/15, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Roger B Coven    roger.coven@hklaw.com, bobb.mack@hklaw.com
- Ron Maroko    ron.maroko@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On 6/4/15, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Hon. Sheri Bluebond
> United States Bankruptcy Court
> 255 East Temple Street, Suite 1482
> Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/4/15 | David W. Meadows | /s/ David W. Meadows |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**