DAVID W. MEADOWS (State Bar No. 137052)
LAW OFFICES OF DAVID W. MEADOWS
1801 Century Park East, Suite 1235
Los Angeles, California  90067
Tel : (310) 557-8490
Fax : (310) 557-8493
Email: david@davidwmeadowslaw.com
Counsel to the Debtor and Debtor
In Possession

**FILED & ENTERED**

**JUN 23 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchamDEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(LOS ANGELES DIVISION)

| | |
|---|---|
| In re<br><br>CELTIC PUBS LLC,<br><br>    Debtor and Debtor in Possession | Case No. 2:15-bk-16594-BB<br><br>Chapter 11<br><br>**SCHEDULING ORDER INCLUDING SETTING OF BAR DATE**<br><br>Judge:     Hon. Sheri Bluebond<br><br>Hearing:   June 17, 2015<br>Time:      10:00 a.m.<br>Place:     Courtroom 1475<br>           255 East Temple Street<br>           Los Angeles, CA  90012 |

On June 17, 2015, the above-referenced court conducted a Status Conference on the above-referenced case of the Debtor and Debtor in Possession (the "Debtor").   David W. Meadows appeared on behalf of the Debtor.  Other appearances are as noted on the record.    Good cause appearing, it is

1

**HEREBY ORDERED THAT**:

1. The Debtor shall file and serve its proposed Chapter 11 Plan and Chapter 11 Disclosure Statement on or before **October 8, 2015.**

2. The last date for filing Claims or Interests in the Debtor shall be and is **August 31, 2015.**

3. The Debtor shall cause to be served its Notice of Bar Date for Filing Claims and Interests (the "Notice") by **June 26, 2015.** The Notice shall be substantially in the form attached as **Exhibit 1.** (The Debtor has withdrawn its Motion for Order (1) Establishing Claims Bar Date for Pre-Petition Claims and Interests, such withdrawal appearing on the Court's docket as Document Number 61).

4. The Court shall conduct a continued case status conference on **October 7, 2015** at **11:00 a.m.**

5. The Debtor shall file no later than **September 25, 2015** a supplemental case status report and serve such report on those parties requesting special notice, on the parties listed on the Debtor's List of Holders of the Twenty Largest Unsecured Claims, and on counsel to the "Plaintiff Members" as defined by the Debtor in its prior pleadings.

# # #

Date: June 23, 2015

Sheri Bluebond
United States Bankruptcy Judge

2

DAVID W. MEADOWS (State Bar No. 137052)
LAW OFFICES OF DAVID W. MEADOWS
1801 Century Park East, Suite 1235
Los Angeles, California  90067
Tel : (310) 557-8490
Fax : (310) 557-8493
Email: david@davidwmeadowslaw.com

Counsel to the Debtor and Debtor
In Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(LOS ANGELES DIVISION)

| | |
|---|---|
| In re<br><br>CELTIC PUBS LLC,<br><br>    Debtor and Debtor in Possession | Case No. 2:15-bk-16594-BB<br><br>Chapter 11<br><br>SMALL BUSINESS CASE UNDER FRBP 1020<br><br>**NOTICE OF BAR DATE FOR FILING CLAIMS AND INTERESTS**<br><br>Bar Date: **AUGUST 31, 2015** |

**NOTICE OF BAR DATE FOR FILING**

**CLAIMS AND INTERESTS**

The Bankruptcy Court has set a deadline of **August 31, 2015** for creditors and holders of ownership interests in the above referenced debtor and debtor in possession (the "Debtor") to timely file proofs of claim against or proofs of interest in the Debtor's estate.

1

The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from rejection of executory contracts or unexpired leases; (2) claims of governmental units; and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is: (a) 30 days after the date of entry of the order authorizing the rejection, or (b) November 30, 2015, whichever is later.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the order for relief in this case, or (b) by November 30, 2015, whichever is later. 11 U.S.C. § 502(b)(9).

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is: (a) 30 days after the entry of judgment avoiding the transfer, or (b) November 30, 2015, whichever is later.

If you are listed on the Schedules of Assets and Liabilities, as they may be amended prior to service of this Bar Date Notice, of the Debtor and your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock, etc.) is correct. 11 U.S.C. § 1111(a). **The Debtor has filed an amended List of Equity Interest Holders, which identifies all known or alleged interests in the Debtor as Disputed. Consequently, <u>all</u> holders of alleged interests must timely and properly file a proof of interest in the Debtor in order to assert such interest in the Debtor's bankruptcy case.**

2

If your claim or interest is not listed on the schedules or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or description scheduled for your claim or interest, you must file a proof of claim or interest in order to assert such claim or interest against the Debtor.

Failure of a creditor or interest holder to file timely a proof of claim or interest on or before the deadline may result in disallowance of the claim or interest or subordination under the terms of a plan of reorganization without further notice or hearing.11 U.S.C. § 502(b)(9).

Creditors and interest holders may wish to consult an attorney to protect their rights.

Date:   June __, 2015

LAW OFFICES OF DAVID W. MEADOWS

By:   /s/ David W. Meadows
      David W. Meadows

Counsel for the debtor and debtor in possession.