# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: __Celtic Pubs LLC__   Atty Name (if applicable): __David W. Meadows__

Street Address: __600 S. Spring Street, #304__   CA Bar No. (if applicable): __137052__

(mailing) __Los Angeles, CA  90014__   Atty Fax No. (if applicable): __(310) 557-8493__

Filer's Telephone No.: __(310) 557-8490__

In re:
CELTIC PUBS LLC, a California Limited Liability Company
dba Dublins Irish Whiskey Pub

Case No.: __2:15-bk-16594-BB__

Chapter 7 ____ 11 __X__ 13 ____

### Amended 2/12/10
### AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _____    No __X__

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____  B ____  C ____  D ____  E ____  F __X__  G ____  H ____  I ____  J ____

Statement of Social Security Number(s) ____    Statement of Financial Affairs ____

Statement of Intention ____    Other ____

(Indicates additional claim(s) as disputed and/or contingent.)

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, __CELTIC PUBS LLC__, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: __June 24, 2015__

**FOR COURT USE ONLY**

/s/ David W. Meadows
*Debtor Signature*
Counsel for the Debtor and Debtor in Possession

_____
*Co-Debtor Signature*

***SEE REVERSE SIDE***

B-1008 *Revised November 2011*

B6F (Official Form 6F) (12/07)

In re  *CELTIC PUBS LLC*                              ,                    Case No. *2:15-bk-16594-BB*
                         **Debtor(s)**                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.  H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1  Ace Beverage Co.  401 South Anderson Street  Los Angeles CA 90033* | | *Settlement/vendor* | | | | $ 3,261.55 |
| Account No: *Creditor # : 2  Advanced Feedback  6920 Miramar Rd #103  San Diego CA 92121* | | | | | | $ 933.00 |
| Account No: *Creditor # : 3  Airgas National Carbonation  P.O Box 602792  Charlotte NC 28260* | | *Settlement/vendor* | | | | $ 2,444.92 |

*11* continuation sheets attached

Subtotal $ | $ 6,639.47

Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

First Amended

B6F (Official Form 6F) (12/07) - Cont.

In re *CELTIC PUBS LLC*                                    ,    Case No. *2:15-bk-16594-BB*
**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 4* <br> *Alan J. Watson* <br> *Holland & Knight LLP* <br> *400 South Hope Street, 8th Fl.* <br> *Los Angeles CA 90071* | | *Notice purposes only* | | | | $ 0.00 |
| Account No: <br> *Creditor # : 5* <br> *Anthony Burch* <br> *c/o Thomas Agawa, Esq.* <br> *1000 S. Hope Street, #413* <br> *Los Angeles CA 90015* | | *Amount allegedly payable by the Debtor to this alleged former member of the Debtor.* | | | X | $ 15,000.00 |
| Account No: <br> *Creditor # : 6* <br> *Anthony Young* <br> *c/o Thomas K. Agawa, Esq.* <br> *1000 S. Hope Street, #413* <br> *Los Angeles CA 90015* | | *Amount allegedly payable by the Debtor to this alleged member.* | | | X | $ 2,000.00 |
| Account No: <br> *Creditor # : 7* <br> *ASCAP* <br> *21678 Network Place* <br> *Chicago IL 60673* | | | | | | $ 1,280.34 |
| Account No: <br> *Creditor # : 8* <br> *AT&T - Phone 1982* <br> *P.O. Box 5025* <br> *Carol Stream IL 60197* | | | | | | $ 62.10 |

Sheet No. _1_ of _11_ continuation sheets attached to Schedule of    Subtotal $    $ 18,342.44
Creditors Holding Unsecured Nonpriority Claims                            Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

First Amended

B6F (Official Form 6F) (12/07) - Cont.

In re *CELTIC PUBS LLC* ,   Case No. *2:15-bk-16594-BB*
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 9* <br> *AT&T - Phone 6902* <br> *P.O. Box 5025* <br> *Carol Stream IL 60197* | | | | | | $ 413.03 |
| Account No: <br> *Creditor # : 10* <br> *AT&T - Uverse 3675* <br> *P.O. Box 5025* <br> *Carol Stream IL 60197* | | | | | | $ 95.90 |
| Account No: <br> *Creditor # : 11* <br> *AutoChlor* <br> *4512 W Jefferson Blvd* <br> *Los Angeles CA 90016* | | | | | | $ 533.88 |
| Account No: <br> *Creditor # : 12* <br> *CBeyond* <br> *Address Unknown -tb amd.* <br> *Address Unknown - tb amd.* | | *Unknown* <br> *Name and amount listed in purchase agreement.  Unknown creditor.* | | | X | $ 7,837.50 |
| Account No: *9344* <br> *Creditor # : 13* <br> *Cintas Corporation* <br> *Attn: Account 9344* <br> *PO Box 625737* <br> *Cincinnati OH 45262* | | *Services Contract* <br> *Services contract commenced 5/25/10, terminated by the Debtor.  Claim is for alleged balance due* | | X | X | $ 47,969.72 |

Sheet No. *2* of *11* continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 56,850.03

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

First Amended

B6F (Official Form 6F) (12/07) - Cont.

In re _CELTIC PUBS LLC_ ,                              Case No. _2:15-bk-16594-BB_
           **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 14<br>Coca-Cola North America<br>Attn: Accounts Receivable<br>1414 South Central Ave<br>Los Angeles CA 90021 | | | | | | X | $ 341.89 |
| Account No:<br>Creditor # : 15<br>Corey Davis<br>326 North Western, #214<br>Los Angeles CA 90004 | | | Settlement | | | | $ 17,164.47 |
| Account No:<br>Creditor # : 16<br>Cornell Thomas<br>c/o Thomas K. Agawa, Esq.<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | | | Amount allegedly owed by Debtor to this alleged member. | | | X | $ 20,000.00 |
| Account No:<br>Creditor # : 17<br>D&N Produce, Inc.<br>2640 E. Washington Blvd.<br>Suite 13<br>Los Angeles CA 90023 | | | Vendor | | | | $ 1,192.20 |
| Account No:<br>Creditor # : 18<br>Department of Public Works<br>900 S. Freemont Avenue<br>Alhambra CA 91803 | | | | | | | $ 1,926.00 |

Sheet No. _3_ of _11_ continuation sheets attached to Schedule of                    **Subtotal $**    $ 40,624.56
Creditors Holding Unsecured Nonpriority Claims
                                                                                      **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

First Amended

**B6F (Official Form 6F) (12/07)   - Cont.**

In re _CELTIC PUBS LLC_ ,    Case No. _2:15-bk-16594-BB_
       **Debtor(s)**                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 19<br>Department of the Treasury,<br>Internal Revenue Service<br>P.O. Box 94063<br>Los Angeles CA 90012 | | | | | | $ 5,714.00 |
| Account No:<br>Creditor # : 20<br>Digital Menubox<br>670 Caledonia Road #2<br>York, ON, CANADA<br>  M6E 4V9 | | Unknown<br>Name and amount listed in purchase agreement.   Unknown creditor | | X | X | $ 351.54 |
| Account No:<br>Creditor # : 21<br>DISH Network<br>310 S. Los Angeles Street<br>Los Angeles CA 90013 | | | | | | $ 429.23 |
| Account No:<br>Creditor # : 22<br>Dolce Forno Bakery<br>3828 Willat Avenue<br>Culver City CA 90232 | | | | | | $ 594.95 |
| Account No:<br>Creditor # : 23<br>Ecolab<br>26252 Network Place<br>Chicago IL 60673 | | | | | | $ 615.00 |

Sheet No. __4__ of __11__ continuation sheets attached to Schedule of    **Subtotal $**    $ 7,704.72
Creditors Holding Unsecured Nonpriority Claims    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

First Amended

B6F (Official Form 6F) (12/07) - Cont.

In re *CELTIC PUBS LLC* , Case No. *2:15-bk-16594-BB*
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 24 Edward Kimenyi 600 West 83rd Los Angeles CA 90044* | | *Alleged amount payable by the Debtor to this alleged member.* | X | X | X | $ 6,500.00 |
| Account No: *Creditor # : 25 First Insurance Funding Corp. P.O. Box 66468 Chicago IL 60666* | | | | | | $ 802.92 |
| Account No: *Creditor # : 26 Flue Steam 5734 Bankfield Ave. Culver City CA 90230* | | | | | | $ 280.00 |
| Account No: *Creditor # : 27 Greenberg Glusker Fields, et al Ricardo P. Cestero, Esq. 1900 Avenue of the Stars, 21st Los Angeles CA 90067* | | *Legal Services* | | | X | $ 120,190.66 |
| Account No: *Creditor # : 28 Hotschedules.com Inc. P.O. Box 2217 San Antonio  TX 78298* | | | | | | $ 75.96 |

Sheet No. 5 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 127,849.54

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

First Amended

B6F (Official Form 6F) (12/07)   - Cont.

In re _CELTIC PUBS LLC_ ,    Case No. _2:15-bk-16594-BB_
   **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 29*<br>*Jackee Haus*<br>*c/o Sweeney Law Firm*<br>*3320 W. Victory Blvd.*<br>*Burbank CA 91505* | | *Settlement* | | | | $ 21,450.00 |
| Account No:<br>*Creditor # : 30*<br>*Katz Cassidy*<br>*11400 W Olympic Blvd, #1050*<br>*Los Angeles CA 90064* | | | | | | $ 218.35 |
| Account No:<br>*Creditor # : 31*<br>*LA Fine Arts Building, LLC*<br>*811 W 7th Street, Suite 200*<br>*Los Angeles CA 90017* | | *CAM Charge Dispute*<br>*Disputed CAM charges, on account of lease agreement between Debtor and prior owner of the property;* | | | X | $ 62,131.10 |
| Account No:<br>*Representing:*<br>*LA Fine Arts Building, LLC* | | *Alan J. Watson, Esq.*<br>*Holland & Knight LLP*<br>*400 S. Hope St., 8th Fl.*<br>*Los Angeles CA 90071* | | | | |
| Account No:<br>*Creditor # : 32*<br>*Labor Commissioner*<br>*320 W. 4th St., #450*<br>*Claim of Jeremiah Fuller*<br>*Los Angeles CA 90013* | | *unknown*<br>*Complaint filed at Labor Comm.* | X | X | | *Unknown* |

Sheet No. _6_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 83,799.45

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

First Amended

B6F (Official Form 6F) (12/07) - Cont.

In re **CELTIC PUBS LLC**                      ,    Case No. **2:15-bk-16594-BB**
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 33<br>Mark Knight<br>c/o Thomas K. Agawa, Esq.<br>1000 S. Hope Street, #413<br>Los Angeles CA 90015 | | Alleged amount payable by the Debtor to this alleged member. | | X | X | $ 60,000.00 |
| Account No:<br>Creditor # : 34<br>Mattucci Plumbing<br>c/o Law Ofc. T. Tavoularis<br>510 Center Street<br>El Segundo CA 90245 | | Settlement | | | | $ 5,000.00 |
| Account No:<br>Creditor # : 35<br>Morgan Services, Inc.<br>323 N. Michigan Ave.<br>Chicago IL 60601 | | | | | | $ 301.12 |
| Account No:<br>Creditor # : 36<br>Novian & Novian, LLP<br>Farhad Novian, Esq.<br>1801 Century Park East, #1201<br>Los Angeles CA 90067 | | Legal Services | | | | $ 1,946.33 |
| Account No:<br>Creditor # : 37<br>OC Baking Company<br>540 West Freedom Avenue<br>Orange CA 92865 | | Vendor | | | | $ 1,365.26 |

Sheet No. **7** of **11** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **$ 68,612.71**

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

First Amended

B6F (Official Form 6F) (12/07) - Cont.

In re *CELTIC PUBS LLC*                                                                        , Case No. *2:15-bk-16594-BB*
                  **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 38*<br>*Old School Beer Company, LLC*<br>*P.O. Box 7161*<br>*Pasadena CA 91109* | | | | | | $ 345.00 |
| Account No:<br>*Creditor # : 39*<br>*Orkin Inc.*<br>*6120 Bedford Avenue*<br>*Los Angeles CA 90056* | | | | | | $ 422.00 |
| Account No:<br>*Creditor # : 40*<br>*P/H Rendering*<br>*5462 W Adams Blvd*<br>*Los Angeles CA 90016* | | | | | | $ 115.00 |
| Account No:<br>*Creditor # : 41*<br>*Rafael Delgado, Esq.*<br>*Law Ofc. Miguel A. Custodio*<br>*766 E. Colorado Blvd., #108*<br>*Pasadena CA 91101* | | *12/20/2012*<br>*Threatened whistle blower action*<br>*Alleged threatened suit for alleged*<br>*failure to provide reasonable*<br>*warinings regarding consumption of* | X | X | | Unknown |
| Account No:<br>*Creditor # : 42*<br>*Raul Hipolito*<br>*Address Unknown - tb amd.*<br>*Address Unknown - tb amd.* | | *Unknown*<br>*Name and amount listed in purchase*<br>*agreement.   Unknown creditor.* | X | X | | $ 1,750.00 |

Sheet No. __8__ of __11__ continuation sheets attached to Schedule of               Subtotal $    $ 2,632.00
Creditors Holding Unsecured Nonpriority Claims                                         Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

First Amended

**B6F (Official Form 6F) (12/07)    - Cont.**

In re *CELTIC PUBS LLC*                                                     ,    Case No. *2:15-bk-16594-BB*
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 43*<br>*Rockenwagner Bakery*<br>*925 W Hyde Park Blvd*<br>*Inglewood  CA 90301* | | | | | | $ 407.86 |
| Account No: *Creditor # : 44*<br>*Roto Rooter*<br>*925 W. Hyde Park Blvd.*<br>*Inglewood CA 90301* | | | | | | $ 249.99 |
| Account No: *Creditor # : 45*<br>*S6 Consulting Inc.*<br>*1212 E Imperial Avenue*<br>*El Segundo  CA 90245* | | | | | | $ 259.64 |
| Account No: *Creditor # : 46*<br>*Sally Harte*<br>*c/o Thomas K. Agawa, Esq.*<br>*1000 S. Hope Street, #413*<br>*Los Angeles CA 90015* | X | *Alleged amount payable by the Debtor to this Member.* | | | X | $ 75,220.00 |
| Account No: *Creditor # : 47*<br>*SJM Industrial Radio*<br>*1212 East Imperial Avenue*<br>*El Segundo CA 90245* | | *Vendor* | | X | X | $ 1,601.25 |

Sheet No. _9_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 77,738.74

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

First Amended

B6F (Official Form 6F) (12/07)   - Cont.

In re _CELTIC PUBS LLC_ ,   Case No. _2:15-bk-16594-BB_
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 48* *Southern Wine & Spirits* *11969 Cameo Pl* *Granada Hills CA 91344* | | *Settlement/vendor* | | | | $ 4,016.20 |
| Account No: *Creditor # : 49* *Spencer Marks* *1999 Citricado Parkway* *Escondido  CA 92029* | | | | X | X | $ 335.19 |
| Account No: *Creditor # : 50* *Stone Brewing Company* *310 S Los Angeles St* *Los Angeles CA 90013* | | | | | | $ 320.00 |
| Account No: *Creditor # : 51* *The Dish Factory* *426 Main Street* *El Segundo CA 90245* | | | | | | $ 818.76 |
| Account No: *Creditor # : 52* *Thomas Johnson* *c/o Sweeney Law Firm* *3320 W. Victory Blvd.* *Burbank CA 91505* | | *Settlement* | | | | $ 11,550.00 |

Sheet No. _10_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 17,040.15
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

First Amended

B6F (Official Form 6F) (12/07)   - Cont.

In re _CELTIC PUBS LLC_____,   Case No. _2:15-bk-16594-BB_
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 53* *Tommy Ngo* *20543 S Vermont Ave., # 2* *Torrance CA 90502* | | *Settlement* | | | | $ 39,000.00 |
| Account No: *Creditor # : 54* *Trends Media Group* *File 6993* *Los Angeles  CA 90074* | | | | | | $ 480.00 |
| Account No: *Creditor # : 55* *Variety Specialties Inc* *P.O. Box 910900* *Los Angeles  CA 90091* | | | | | | $ 751.40 |
| Account No: *Creditor # : 56* *Wine Warehouse* *6550 E. Washington Blvd.* *Los Angeles CA 90040* | | | | | | $ 2,509.90 |
| Account No: *Creditor # : 57* *Youngs Market Company* *P.O. Box 30145* *Los Angeles CA 90030* | | | | | | $ 329.89 |

Sheet No. _11_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _$ 43,071.19_

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related
_$ 550,905.00_

First Amended

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1801 Century Park East, Suite 1235, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **AMENDED SCHEDULE F** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/24/15, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Roger B Coven    roger.coven@hklaw.com, bobb.mack@hklaw.com
- Ron Maroko    ron.maroko@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Nicholas S Nassif    nsnassif@pacbell.net, kittima@pacbell.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On 6/24/15, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
United States Bankruptcy Court
255 East Temple Street, Suite 1482
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/17/15, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/24/15 | David W. Meadows | /s/ David W. Meadows |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**